U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Oct 15 2026
CAROL L. MICHEL
CLERK
bwn Mail

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA — CRIMINAL ACTION

VERSUS — NO. 16-175

DWAYNE WINANS, JR. — SECTION: "G"

Change of Address

Mr. WINANS has been moved to
U.S.P. Lee P.O. Box 305 Jonesville, VA 24263
This is his New Address

Respectfully Submitted,

x

October 8, 2026
date