U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Oct 19 2026
CAROL L. MICHEL
CLERK
bwn Mail

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL ACTION NO. 16-175

VERSUS

DWAYNE WINANS, JR.

SECTION: "G"

MOTION
NOTICE OF APPEAL
OF MR. WINANS Rule 60(b)(6)
Motion that was denied
on SEPTEMBER 22, 2026.

Respectfully submitted

X [signature]